**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

|  |  |
|---|---|
| John Lewert ) | Case No: 14 C 4787 |
| ) | |
| v. ) | Judge: John W. Darrah |
| ) | |
| P.F. Chang's China Bistro, Inc. ) | |

## ORDER

Status hearing and ruling on motion hearing held. Plaintiff's motion to relate, reassign and consolidate cases is granted [12]. 14-cv-4923, Kosner v. P.F. Changs China Bistros, Inc., pending before Judge Guzman will be reassigned to this Court's calendar. Motion to dismiss to be filed by 8/29/14, response by 9/22/14, reply by 10/6/14. Status hearing/ruling is set for 12/10/14 at 9:30 a.m.

(T:) 00:05

Date:  8/28/14                                                                                       /s/ Judge John W. Darrah