## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| JOHN LEWERT, | ) | |
| Plaintiff, | ) | **1:14-cv-04787** |
| v. | ) | **Honorable John W. Darrah** |
| | ) | |
| P.F. CHANG'S CHINA BISTRO, INC., | ) | **Magistrate Judge Maria Valdez** |
| | ) | |
| Defendant. | ) | |
| | ) | **Consolidated with: 1:14-cv-04923** |
| LUCAS KOSNER, | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| P.F. CHANG'S CHINA BISTRO, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### P.F. CHANG'S
### MOTION TO DISMISS

Defendant, P.F. Chang's China Bistro, Inc. ("P.F. Chang's"), pursuant to Fed. R. Civ. P. 12(b)(6), moves to dismiss the consolidated cases with prejudice, and, in support, submits its contemporaneously filed brief.

WHEREFORE, P.F. Chang's respectfully requests that the cases be dismissed with prejudice.

August 29, 2014

Respectfully submitted,

P.F. CHANG'S CHINA BISTRO, INC.

By: _s/ Thomas Lidbury_
One of its attorneys

Thomas A. Lidbury (6211158)
Robert G. Cooper (6299551)
LEWIS BRISBOIS BISGAARD & SMITH LLP
550 West Adams Street, Suite 300
Chicago, IL 60661
312-345-3458

-and –

Jon P. Kardassakis (*Pro Hac Petition Pending*)
LEWIS BRISBOIS BISGAARD & SMITH LLP
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
213-250-1800

## CERTIFICATE OF SERVICE

 The undersigned certifies that on the above-referenced date this documents was electronically filed with the Clerk of the U.S. District Court for the Northern District of Illinois, using the CM/ECF filing system. All parties of record will receive electronic notification of this filing.

        /s/ Thomas A. Lidbury