**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| John Lewert | ) | Case No: 14 C 4787 |
| | ) | Cons.: 14 C 4923 |
| v. | ) | Judge: John W. Darrah |
| | ) | |
| P.F. Chang's China Bistro, Inc. | ) | |
| | ) | |

**ORDER**

Status hearing and ruling on motion hearing held. For the reasons stated in the attached memorandum opinion and order, Defendant's Motion to Dismiss [15] is granted without prejudice. Enter Memorandum Opinion and Order. Civil case closed. The clerk shall close the related/consolidated case, 14-cv-4923 Kosner v. P.F. Changs China Bistros, Inc.

(T:) 00:05

Date:  12/10/14                                                                 /s/ Judge John W. Darrah