IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN LEWERT, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>P.F. CHANG'S CHINA BISTRO, INC.,<br><br>    Defendant. | NO. 1:14-cv-04787<br>CONSOLIDATED ACTION<br><br>Hon. Elaine E. Bucklo<br><br>Hon. Maria Valdez |
| LUCAS KOSNER, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>P.F. CHANG'S CHINA BISTRO, INC.,<br><br>    Defendant. | |

## STIPULATION OF VOLUNTARY DISMISSAL

Plaintiffs JOHN LEWERT and LUCAS KOSNER, on the one hand, and Defendant P.F. CHANG'S CHINA BISTRO, INC., on the other, hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiffs' claims are hereby dismissed with prejudice as to Plaintiffs LEWERT and KOSNER and without prejudice as to the claims of any absent class members.

| | |
|---|---|
| */s/ Katrina Carroll*<br>Katrina Carroll<br>kcarroll@litedepalma.com<br>**Carlson Lynch LLP**<br>Chicago Office<br>111 West Washington Drive<br>Suite 500<br>Chicago, IL 60602<br>312.750.1265 | */s/ Josh M. Kantrow*<br>Josh M. Kantrow<br>ARDC # 6231027<br>Josh.Kantrow@lewisbrisbois.com<br>**Lewis Brisbois Bisgaard & Smith LLP**<br>550 West Adams Street, Suite 300<br>Chicago, Illinois 60661<br>P: (312) 345-1718 / F: (312) 345-1778 |