## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

John Lewert
                         Plaintiff,

v.                                                         Case No.: 1:14−cv−04787
                                                          Honorable Elaine E. Bucklo

P.F. Chang's China Bistro, Inc.
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 10, 2019:

        MINUTE entry before the Honorable Elaine E. Bucklo: A stipulation of voluntary dismissal has been filed. Plaintiffs' claims are hereby dismissed with prejudice as to Plaintiffs Lewert and Kosner and without prejudice as to the claims of any absent class members. All pending dates before this court are stricken. Civil case terminated. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.